**Order entered October 13, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00833-CV

### ANCHORA INSURANCE SERVICES, LLC, Appellant

### V.

### TEXAS GREEN STAR HOLDINGS, LLC, Appellee

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-21-04851-A**

### ORDER

Before the Court is appellee's October 12, 2022 agreed motion for a ten-day extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than October 31, 2022.

/s/     KEN MOLBERG
            JUSTICE